*Keith M. Lundin*
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 05/05/09



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | Case No. 1:09-03511 |
| | Chapter 7 |
| FLORENCE LUCILLE PASSARELL | Judge Lundin |
| Debtor, | |
| NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK | |
| Movant, | |
| vs. | |
| FLORENCE LUCILLE PASSARELL, ROBERT H. WALDSCHMIDT, TRUSTEE | |
| Respondents. | |

### ORDER GRANTING MOTION FOR RELIEF AND ABANDONMENT

**THIS MATTER** was set before the Court on MAY 1, 2009, upon the Motion of NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK. No response having been filed in this matter, and the Movant having filed a Statement of No Opposition, the Court finds that the Motion for Relief and Abandonment should be GRANTED.

**IT IS THEREFORE ORDERED** that NATIONAL CITY MORTGAGE shall have relief from the automatic stay provisions of 11 U.S.C. §362 (a), that the Trustee's interest in the secured real property located at 870 CHILI CENTER COLDWATER ROAD, CHILI, NEW YORK 14624,

as more particularly described in a certain MORTGAGE in the property records of MONROE County, NEW YORK., is hereby abandoned pursuant to 11 U.S.C. § 554(b) and that Local Rule 6007-1 and Bankruptcy Rule 4001(a)(3) are not applicable.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED ON TOP OF FIRST PAGE

**APPROVED FOR ENTRY:**

**LAW OFFICES OF J. PHILLIP JONES**

/s/     Ben H. Thomas
Ben H. Thomas BPR  No. 21941
Attorney for NATIONAL CITY MORTGAGE
Suite C-205, Nashville House
One Vantage Way
Nashville, TN 37228
Telephone (615) 254-4430
Facsimile (615) 254-4671
E-mail:  bthomas@phillipjoneslaw.com
NT 0003697738

**CERTIFICATE OF SERVICE**

I, Ben H. Thomas, have on APRIL 28, 2009, served the following with the foregoing ORDER by U.S. Mail, postage prepaid: Florence Lucille Passarell, 420 S. Main Street, Cornersville, TN 37047-4401; upon information and belief all other parties required to be served with this document have consented to electronic notice and will be served by CM/ECF.

/s/ Ben H. Thomas
Ben Thomas

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.